EXHIBIT B



William Nostheide
1370 Arapaho Drive
Morrow Ohio 45152

Dear Bill:

**Re: Termination of Employment**

This is to confirm that your employment with Clarigent Health ("Clarigent") is being terminated effective January 1, 2024.

Your benefits will continue until January 31, 2024.

To further assist you in what we hope will be a smooth and rapid transition to new employment, we are willing to provide you with a positive, and detailed, letter of reference, summarizing your strengths and the contributions that you made to Clarigent.

If you think that such a letter would be useful in assisting you, please let me know and we will prepare that positive reference letter for you.

Clarigent and its officers will in no way disparage you or your work to any outside entities.

Clarigent acknowledges that you are owed funds from Clarigent. A separate document will be provided to you detailing this.

We take this opportunity to remind you of some of your ongoing post-employment obligations which you owe to Clarigent, including your continued obligations, following your termination:

(i) to maintain confidentiality over all confidential and proprietary information to which you became privy while working at Clarigent;

(ii) to refrain from taking any steps to divert any business opportunities away from Clarigent;

(iii) to refrain from soliciting any of Clarigent's clients, employees or contractors;

(iv) to refrain from disparaging Clarigent and its owners and officers; and

(v) to promptly return all Clarigent's property, including all files and records (or copies of files and records) which you may have at home or on your personal computer, as well as any cellphones, tablets, computer and keycards.

We thank you for your contributions to Clarigent and wish you much success in your future professional endeavours.

Yours very truly,

Don Wright
Clarigent Health


Please sign and return a copy which only acknowledges that you received this letter.



I acknowledge that I received this letter.


_____
William Nostheide