**Return Receipt 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **Clarigent Corporation**
   **dba "Clarigent Corporation"**
   **5412 Courseview Drive, Ste 210**
   **Mason, OH 45040**

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X [signature] ☐ Agent ☐ Addressee
- B. Received by (Printed Name): William Haynes
- C. Date of Delivery: 7/17/24
- D. Is delivery address different from item 1? ☐ Yes ☐ No

LR 4.2 1:24-cv-344

9590 9402 8807 4005 9324 33

2. Article Number (Transfer from service label): 9589 0710 5270 2134 9583 22

3. Service Type:
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

---

**Return Receipt 2:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **William Haynes**
   **219 Summer Field Lane**
   **Lebanon, OH 45036**

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X [signature] ☐ Agent ☐ Addressee
- B. Received by (Printed Name): William Haynes
- C. Date of Delivery: 7/17/24
- D. Is delivery address different from item 1? ☐ Yes ☐ No

LR 4.2 1:24-cv-344

9590 9402 8807 4005 9321 36

2. Article Number (Transfer from service label): 9589 0710 5270 2134 9583 53

3. Service Type:
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Donald Wright Jr**
**10206 Morrow-Cozaddale Road**
**Morrow, OH 45152**

9590 9402 8807 4005 9321 29

2. Article Number *(Transfer from service label)*

9589 0710 5270 2134 9583 46

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* Don [illegible]

C. Date of Delivery [illegible] 24

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED
JUL 24 2024
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

LR 4.2 1:24-CV-344

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
...il
...il Restricted Delivery
(over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**For Service Only**
**Don Wright Jr., Registered Agent**
**5412 Courseview Drive, Ste 210**
**Mason, OH 45040**

9590 9402 8807 4005 9324 40

2. Article Number *(Transfer from service label)*

9589 0710 5270 2134 9583 39

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* William Haynes

C. Date of Delivery 7/17/24

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

LR 4.2 1:24-CV-344

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
...il
...il Restricted Delivery
(over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

