IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM NOSTHEIDE, | : | |
| | : | Case No. 1:24-cv-00344 |
| Plaintiff, | : | |
| | : | Judge MATTHEW W. MCFARLAND |
| v. | : | |
| | : | |
| CLARIGENT CORPORATION, et al., | : | |
| | : | |
| Defendants. | : | |

## STIPULATION FOR LEAVE TO PLEAD

We, the attorneys for Plaintiff and Defendants Clarigent Corporation and Donald Wright Jr. (collectively, "Defendants") do hereby stipulate pursuant to L.R. 6.1 that Defendants are granted a twenty-one (21) day extension of time in which to answer, plead, or otherwise respond to the Complaint served upon them. Defendants' current deadline to respond to the Complaint is August 7, 2024.

This is the first leave to plead requested by Defendants. Undersigned counsel for Plaintiff stipulates to the requested extension.

With the stipulated 21-day extension, Defendants' new date to respond to the Complaint is August 28, 2024.

Respectfully submitted,

/s/ Chris P. Wido
Chris Wido, Esq. (#0090441)
**SPITZ, THE EMPLOYEE'S LAW FIRM**
3 Summit Park Drive, Suite 200
Independence, Ohio 44131
Telephone: (216) 291-4744
Facsimile: (216) 291-5744
Chris.Wido@Spitzlawfirm.com

*Attorney for Plaintiff*
*William Nostheide*

/s/ Todd M. Seaman
Todd M. Seaman, Esq. (#0090839)
**THOMPSON HINE LLP**
41 South High Street, Suite 1700
Columbus, Ohio 43215
Telephone: (614) 469-3257
Facsimile: (614) 469-3361
Todd.Seaman@ThompsonHine.com

Jessica MacKeigan, Esq. (#008712)
**THOMPSON HINE LLP**

3900 Key Center
127 Public Square
Cleveland, Ohio 44114
Telephone: (216) 566-5639
Facsimile: (216) 566-5800
Jessica.MacKeigan@ThompsonHine.com

*Attorneys for Defendants*
*Clarigent Corporation and Donald Wright, Jr.*

## <u>CERTIFICATE OF SERVICE</u>

A copy of the foregoing was filed electronically on August 6, 2024, and counsel of record will receive notice of the filing pursuant to the Court's electronic filing system.  A copy of the foregoing was also served this same day by ordinary U.S. Mail upon the following:

William Haynes
219 Summer Field Lane
Lebanon, Ohio 45036

/s/ Todd M. Seaman
*One of the Attorneys for Defendants*
*Clarigent Corporation and Donald Wright, Jr.*