THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| Willliam Nostheide | : | Case No. __1:24-cv-00344__ |
|  | : | Judge: __McFarland__ |
| v. | : | Corporate Disclosure Statement |
|  | : |  |
| Clarigent Corporation, et al. | : |  |
|  | : |  |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

__Defendant Clarigent Corporation__                                                                        .

1.     Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

        ___ YES          ✔ NO

        If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:
        _____
        _____


2.     Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

        ___ YES          ✔ NO

        If the answer is YES, list the identity of such corporation and the nature of the financial interest.
        _____
        _____
        _____


__/s/ Todd M. Seaman__                              __August 6, 2024__
Signature of Counsel                              Date


"Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION
TO UPDATE AND SUPPLEMENT THIS STATEMENT**

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's system.

A copy of the foregoing was also served this same day by ordinary U.S. Mail upon the following:

William Haynes
219 Summer Field Lane
Lebanon, Ohio 45036

*/s/ Todd M. Seaman*
*One of the Attorneys for Defendant*
*Clarigent Corporation*