# UNITED STATES DISTRICT COURT
## IN THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM NOSTHEIDE | ) | Case No. 1:24-cv-00344-MWM |
| Plaintiff, | ) | Judge Matthew W. McFarland |
| v. | ) | |
| CLARIGENT CORPORATION, et al, | ) | NOTICE OF APPEARANCE |
| Defendants. | ) | |

Please take notice that Theresa L. Nelson of the law firm of Bricker Graydon LLP hereby enters her appearance as counsel for Defendant William Haynes, as lead trial counsel, in connection with the above-referenced matter.

Respectfully submitted,

*/s/ Theresa L. Nelson*
Theresa L. Nelson (OH: 0072521)
Bricker Graydon LLP
312 Walnut Street
Suite 1800
Cincinnati, Ohio 45202
Phone: (513) 629-2720
Email: TNelson@brickergraydon.com

## CERTIFICATE OF SERVICE

The undersigned certifies a copy of the forgoing was filed electronically through the Court's CM-ECF filing system on August 7, 2024. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.

*/s/ Theresa L. Nelson*
Theresa L. Nelson

19475368v1