# UNITED STATES DISTRICT COURT
# IN THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **WILLIAM NOSTHEIDE** | ) : | Case No. 1:24-cv-00344-MWM |
| **Plaintiff,** | ) : | Judge Matthew W. McFarland |
| v. | ) : | |
| **CLARIGENT CORPORATION, et al,** | ) : | |
| **Defendants.** | ) | |

## ENTRY GRANTING DEFENDANT WILLIAM HAYNES' MOTION TO DISMISS PLAINTIFF WILLIAM NOSTHEIDE'S COMPLAINT UNDER FED. R. CIV. P. 12(B)(6)

Upon review of Defendant William Haynes' Motion to Dismiss in accordance with Fed. R. Civ. P. 12(b)(6), and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that in accordance with Fed. R. Civ. P. 12(b)(6), Plaintiff William Nostheide's Counts Twenty-Two through Twenty-Five for retaliation pursuant to 29 U.S.C. § 215(a)(3) and Ohio Revised Code § 4111.13, respectively, set forth in Plaintiff's Complaint (Doc. 1) are dismissed with prejudice as to Defendant William Haynes, only.

_____
DISTRICT COURT JUDGE

19475131v1