**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **WILLIAM NOSTHEIDE** | ) : | **Case No. 1:24-cv-00344-MWM** |
| **Plaintiff,** | ) : | **Judge Matthew W. McFarland** |
| **v.** | ) : | |
| **CLARIGENT CORPORATION, et al,** | ) : | |
| **Defendants.** | ) | |

---

**AGREED STIPULATION FOR EXTENSION OF TIME**
**FOR DEFENDANT WILLIAM HAYNES TO SERVE RESPONSE TO PLAINTIFF'S**
**AMENDED COMPLAINT**

---

Now come Plaintiff William Nostheide and Defendant William Haynes, by and through

counsel and in according with L.R. 6.1(a), and hereby notify the court of their stipulation that

Defendant William Haynes shall have an extension of time to serve his response to Plaintiff's

Amended Complaint (Doc. 9) until September 4, 2024. This is the first request for an extension

of time from Defendant Haynes, and the amount of time requested does not exceed twenty-one

days from the date Defendant's response to the Amended Complaint is due.

Respectfully submitted,

*/s/ Chris P. Wido*
Chris P. Wido (0090441)
SPITZ, THE EMPLOYEE'S LAW FIRM
3 Summit Park Drive, Suite 200
Independence, Ohio 44131
Chris.Wido@Spitzlawfirm.com

***Attorney for Plaintiff William Nostheide***

*/s/ Theresa L. Nelson*
Theresa L. Nelson (0072521)
BRICKER GRAYDON LLP
312 Walnut Street, Suite 1800
Cincinnati, OH 45202
PH: (513) 629-2720
Email: tnelson@brickergraydon.com

***Attorney for Defendant William Haynes***

2

## CERTIFICATE OF SERVICE

The foregoing was filed electronically on August 21, 2024.  Notice of this filing will be sent by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's filing system:

*/s/ Theresa L. Nelson*
Theresa L. Nelson

11065414.1

2