IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| WILLIAM NOSTHEIDE, | : | Case No. 1:24-cv-344 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| CLARIGENT CORPORATION, et al., | : | |
| Defendants. | : | |

**CALENDAR ORDER**

This matter is before the Court following an initial conference by phone on October 22, 2024. Pursuant to the filing of the Rule 26(f) Report by the parties on October 7, 2024 (Doc. 14), this case shall proceed as follows:

1. Deadline for response to settlement demand: **14 days after receipt of demand**

2. Deadline to submit protective order: **October 21, 2024**

3. Deadline to exchange initial disclosures: **October 28, 2024**

4. Deadline for motion to amend pleadings/add parties: **November 21, 2024**

5. Disclosure of non-expert (fact) witnesses: **March 21, 2025**

6. Discovery deadline: **April 25, 2025**

7. Deadlines for disclosure of expert witnesses and submission of expert reports:
   - Plaintiff's expert report(s): **April 25, 2025**
   - Defendants' expert report(s): **May 23, 2025**
   - Disclosure and report of rebuttal experts: **June 20, 2025**

8. Dispositive motions deadline: **July 18, 2025**

**IT IS SO ORDERED.**

                                                  UNITED STATES DISTRICT COURT
                                                  SOUTHERN DISTRICT OF OHIO

                                        By:   */s/ Matthew W. McFarland*
                                               JUDGE MATTHEW W. McFARLAND