IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WILLIAM NOSTHEIDE, | Case No. 1:24-cv-00344 |
| Plaintiff, | MATTHEW W. MCFARLAND |
| v. | |
| CLARIGENT CORPORATION, et al., | |
| Defendants. | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR
DEFENDANT CLARIGENT CORPORATION**

Pursuant to Local Rule 83.4(b), Todd Seaman and Jessica MacKeigan, of the law firm of Thompson Hine LLP, as counsel for Defendant Clarigent Corporation ("Clarigent"), respectfully move for leave to withdraw as counsel of record for Clarigent. Pursuant to Local Rule 83.4(b)(i), counsel for Clarigent has provided prior written notice to Clarigent regarding this request to withdraw as counsel, and through this filing, notice is also provided to all counsel of record in the case.

Good cause exists for granting this Motion. Ohio Rule of Professional Conduct 1.16(a)(3) permits counsel to withdraw from the representation as a result of being discharged by a client. Further, Ohio Rule of Professional Conduct 1.16(b)(7) authorizes counsel to withdraw from the representation if the client provides informed consent.

Mr. Seaman and Mrs. MacKeigan are required and/or permitted to withdraw from this matter pursuant to the foregoing Ohio Rules of Professional Responsibility. Specifically, Clarigent has advised counsel that the company has ceased operations and intends to discharge counsel's representation in this matter. Undersigned counsel has thoroughly discussed this

request to withdraw with Clarigent, and Clarigent has provided informed consent to and has no objection to the withdrawal.  Moreover, no party will be prejudiced by the granting of this Motion as the litigation is currently in the early stages of discovery and there is sufficient time for Clarigent to retain new counsel, if it so desires.

For all the foregoing reasons, Mr. Seaman and Mrs. MacKeigan respectfully request to withdraw as counsel for Defendant Clarigent Corporation. A Proposed Order is attached as Exhibit A hereto for the Court's consideration.

Dated: February 24, 2025					Respectfully submitted,

*/s/ Todd M. Seaman*
Todd M. Seaman (0090839)
THOMPSON HINE LLP
41 South High Street, Suite 1700
Columbus, Ohio 43215
Phone: (614) 469-3257; Fax: (614) 469-3361
Todd.Seaman@ThompsonHine.com

*/s/ Jessica MacKeigan*
Jessica MacKeigan (008712)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114
Phone: (216) 566-5639; Fax: (216) 566-5800
Jessica.MacKeigan@ThompsonHine.com

**ATTORNEYS FOR DEFENDANTS CLARIGENT CORPORATION AND DONALD WRIGHT, JR.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

>  */s/ Jessica MacKeigan*
>  *One of the Attorneys for Defendant*
>  *Clarigent Corporation*

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WILLIAM NOSTHEIDE, | Case No. 1:24-cv-00344 |
| Plaintiff, | MATTHEW W. MCFARLAND |
| v. | [PROPOSED ORDER] |
| CLARIGENT CORPORATION, et al., | |
| Defendants. | |

This matter came before the Court upon the motion of Todd M. Seaman and Jessica L. MacKeigan of Thompson Hine LLP for leave to withdraw as counsel on behalf of Defendant Clarigent Corporation, and for good cause being shown, it is ORDERED:

1. Todd M. Seaman and Jessica L. MacKeigan's Motion for Leave to Withdraw as counsel for Defendant Clarigent Corporation is granted.

2. Defendant Clarigent Corporation has [NUMBER OF DAYS] days to retain new counsel.

ENTERED:

JUDGE MATTHEW W. MCFARLAND

DATE: _____