IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WILLIAM NOSTHEIDE, | Case No. 1:24-cv-00344 |
| Plaintiff, | MATTHEW W. MCFARLAND |
| v. | [PROPOSED ORDER] |
| CLARIGENT CORPORATION, et al., | |
| Defendants. | |

This matter came before the Court upon the motion of Todd M. Seaman and Jessica L. MacKeigan of Thompson Hine LLP for leave to withdraw as counsel on behalf of Defendant Clarigent Corporation, and for good cause being shown, it is ORDERED:

1. Todd M. Seaman and Jessica L. MacKeigan's Motion for Leave to Withdraw as counsel for Defendant Clarigent Corporation is granted.

2. Defendant Clarigent Corporation has [NUMBER OF DAYS] days to retain new counsel.

ENTERED:

_____

JUDGE MATTHEW W. MCFARLAND

DATE: _____