IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WILLIAM NOSTHEIDE, | Case No. 1:24-cv-00344 |
| Plaintiff, | MATTHEW W. MCFARLAND |
| v. | |
| CLARIGENT CORPORATION, et al., | |
| Defendants. | |

**RESPONSE BY DEFENDANT DONALD WRIGHT, JR.
TO ORDER FILED 02/25/25**

Defendant Donald Wright Jr. ("Wright") continues to work to obtain legal counsel for himself. As Wright is indigent and unable to pay counsel, this has taken more time than allowed by the Court in its order of 02/25/2025. Wright is filing for personal bankruptcy at this time unless he can find a solution to this situation caused by Plaintiff.

Although this case is fraudulent and without merit and additionally causing undue harm to Wright, for the time being, Wright will proceed **pro se** until he is able to obtain counsel.

Dated: March 20, 2025

Respectfully submitted,

_____
Donald Wright Jr
10206 Morrow Cozaddale Rd
Morrow, Ohio 45152
donwright113@gmail.com

- 3 -

# EXHIBIT A

[see attached]

- 3 -

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| WILLIAM NOSTHEIDE, | : | Case No. 1:24-cv-344 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| CLARIGENT CORPORATION, et al., | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court on Attorneys Todd Seaman and Jessica MacKeigan's Motions to Withdraw as Counsel for Defendant Clarigent Corporation and Defendant Donald Wright, Jr. (Docs. 19, 20). For good cause, the Court **GRANTS** both motions. Attorneys Todd Seaman and Jessica MacKeigan are hereby **TERMINATED** as counsel of record for Defendant Clarigent Corporation and Defendant Donald Wright, Jr., but they **SHALL PROVIDE** a copy of this Order to said Defendants.

The Court **ORDERS** that Defendant Donald Wright, Jr. shall have 30 days to either (i) secure new counsel, who files a notice of appearance; or (ii) file a notice of intent to proceed pro se (through self-representation). Further, the Court **ORDERS** that Defendant Clarigent Corporation shall have 30 days to obtain counsel. A corporate entity may not represent itself in federal court. *See Olagues v. Timken*, 908 F.3d 200, 203 (6th Cir. 2018). Defendant Clarigent's failure to retain counsel may therefore result in adverse consequences, including default judgment. *See, e.g., Honorable Ord. of Kentucky Colonels,*

*Inc. v. Kentucky Colonels Int'l*, No. 24-5511, 2024 WL 3912833, at *1 (6th Cir. Aug. 2, 2024); *Youngsoft, Inc. v. Skylife Co., Inc.*, No. 20-12800, 2021 WL 5411958, at *2 (E.D. Mich. Oct. 12, 2021) ("Courts have ruled that a corporation's failure to retain new counsel after the withdrawal of its initial counsel is a valid basis for a court to enter a default and a default judgment against the corporation, notwithstanding that it (through counsel) had previously filed an answer to the complaint.").

Accordingly, the Court hereby **STAYS** this matter for 30 days to allow Defendants the opportunity to obtain new counsel.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _/s/ Matthew W. McFarland_
JUDGE MATTHEW W. McFARLAND



**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL**

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply)
- USPS Tracking® service included for domestic and many international
- Limited international insurance.**
- When used internationally, a customs declaration form is required

*Insurance does not cover certain items. For details regarding claims exclusions see Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**


PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2


**Click-N-Ship®**

usps.com  9405 5301 0935 5123 8673 27 0084 0001 0004 5202
$8.40
US POSTAGE

U.S. POSTAGE PAID
Click-N-Ship®

03/26/2025  Mailed from 45152  364058879818722

**PRIORITY MAIL®**

DONALD R WRIGHT
10206 MORROW COZADDALE RD
MORROW OH 45152-9522

03/28/2025
Flat Rate Envelope
RDC 03
C023



U.S. DISTRICT COURT
OFFICE OF THE COURTS
RM 103
100 E 5TH ST
CINCINNATI OH 45202-3911

**USPS TRACKING #**



9405 5301 0935 5123 8673 27



