IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM NOSTHEIDE | ) | CASE NO.: 1:24-cv-00344 |
| | ) | |
| Plaintiff, | ) | JUDGE MATTHEW McFARLAND |
| | ) | |
| v. | ) | **MOTION FOR DEFAULT** |
| | ) | **JUDGMENT AGAINST** |
| CLARIGENT CORPORATION, *et al.*, | ) | **DEFENDANT CLARIGENT** |
| | ) | **CORPORATION** |
| Defendants. | ) | |

Plaintiff William Nostheide, by and through undersigned counsel, respectfully moves this Court to enter Default Judgement against Defendant Clarigent Corporation ("Clarigent").

On February 25, 2025, this Court granted the Motion of Clarigent's former counsel to withdraw from representing Clarigent and Defendant William Wright, Jr. (Doc. 21). As part of its Order, the Court required Clarigent to obtain new legal counsel within 30 days. Clarigent has failed to do so. As Court noted in its Order

> Courts have ruled that a corporation's failure to retain new counsel after the withdrawal of its initial counsel is a valid basis for a court to enter a default and a default judgment against the corporation, notwithstanding that it (through counsel) had previously filed an answer to the complaint[1]

Here, Clarigent remains unrepresented and it appears that it has no intention of obtaining legal counsel to represent it in this matter. As such, Default Judgment is appropriate.

Accordingly, for the reasons stated above, Plaintiff William Nostheide respectfully requests that the Court enter default judgment against Defendant Clarigent Corporation.

---

[1] Doc. 21 (citing *Honorable Ord. of Kentucky Colonels Inc. v. Kentucky Colonels Int,* No. 24-5511, 2024 WL 3912833, at *1 (6th Cir. Aug. 2, 2024); *Youngsoft, Inc. v. Skylife Co., Inc*., No. 20-12800, 2021 WL 5411958, at *2 (E.D. Mich. Oct. 12, 2021).

Respectfully submitted,

/s/ *Chris P. Wido*
Chris P. Wido (0090441)
**THE SPITZ LAW FIRM, LLC**
3 Summit Park Drive, Suite 200
Independence, Ohio 44131
Phone: (216) 364-1330
Fax:     (216) 291-5744
Email:  chris.wido@spitzlawfirm.com

*Attorney for Plaintiff William Nostheide*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2025, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system. A copy was also sent to Clarigent Corporation its last known address of record:

5412 Courseview Drive, suite 210
Mason, Ohio, 45040

*/s/ Chris P. Wido*
Chris P. Wido (0090441)
**SPITZ, THE EMPLOYEE'S LAW FIRM**

2