### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **WILLIAM NOSTHEIDE,** | : | **CASE NO. 1:24-CV-00344** |
| Plaintiff, | : | **Judge Matthew McFarland** |
| vs. | : | |
| **CLARIGENT CORPORATION,** *et al.* | : | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT WILLIAM HAYNES** |
| Defendants. | : | |
| | : | |

Please take notice that Daniel J. Knecht of the law firm of Bricker Graydon LLP is hereby substituted as counsel for Defendant William Haynes, replacing Theresa L. Nelson who is no longer with Bricker Graydon LLP. The undersigned requests Ms. Nelson be removed from all pleadings, notices and other communications by the Court and that all future pleadings, notices and other communications by the Court concerning this matter be sent to the undersigned at the address or email address set forth below:

Daniel J. Knecht<br>
BRICKER GRAYDON LLP<br>
312 Walnut Street, Suite 1800<br>
Cincinnati, OH 45202<br>
dknecht@brickergraydon.com

Respectfully submitted,

*/s/ Daniel J. Knecht*
Daniel J. Knecht (0086463)
Bricker Graydon LLP
312 Walnut Street, Suite 1800
Cincinnati, OH 45202
Phone:  (513) 629-0350
Fax:     (513) 651-3836
Email:  dknecht@brickergraydon.com
*Counsel for Defendant William Haynes.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2025 the foregoing was electronically filed with the Clerk of the United States District Court for the Southern District of Ohio using the Court's CM/ECF system which will automatically serve all counsel of record via electronic delivery.

*/s/ Daniel J. Knecht*
Daniel J. Knecht (0086463)
